FM 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# DAYTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 07-32404-LSW |
| NATHAN LEE MILLER § | |
| ANN M MILLER § | |
|     DEBTORS § | |
| § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Nationstar Mortgage** | **GMAC Mortgage** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee Should be sent:

   **Nationstar Mortgage**
   **P. O. Box 829009**
   **Dallas, Texas 75382-9009**

Court Claim # (if known):18
Amount of Claim:$328,380.49
Date Claim Filed:12/16/08

Phone: **(469) 549-3049**
Last Four Digits of Acct #: **xxxxxx0982**

Phone:_____
Last Four Digits of Acct.#8930

Name and Address where transferee payments should be sent (if different from above):

   **Nationstar Mortgage**
   **350 Highland Dr**
   **Lewisville, Texas 75067**

Phone: **(469) 549-3049**
Last Four Digits of Acct #: **xxxxxx0982**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Joe M. Lozano, Jr.  /s/ Cristina Platon Camarata       Date:_____June 10, 2009_____

   Transferee/Transferee's Agent

*Penalty of making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571*

**CERTIFICATE OF SERVICE**

      I, Joe M. Lozano, Jr. / Cristina Platon Camarata, hereby certify that a true and correct copy of the foregoing Notice to Transfer Claim pursuant to Bankruptcy Rule 3001(e) was served upon the following parties by first class mail, postage prepaid on this _10___ day of ____June_____ 2009__:

Debtors' Attorney
Richard E West
Attorney At Law
195 East Central Avenue
Post Office Box 938
Springboro, Ohio 45066

Debtors
Nathan Lee Miller
Ann M Miller
1210 Hunt Club
Dayton, Ohio 45434

United States Trustee
Habbo  Fokkena
36 East Seventh Street, Suite 2030
Cincinnati, Ohio 45202

Chapter 13 Trustee
Jeffrey M. Kellner
131 North Ludlow Street, Suite 900
Dayton, Ohio 45402-1161


                                                 /s/ Joe M. Lozano, Jr.  /s/ Cristina Platon Camarata

8575-N-1773
07-32404-LSW                                          Joe M. Lozano, Jr.
                                                             Cristina Platon Camarata