Drafted by: Lance Conkerton
Please Return To:
First American RES - ATTN Nationstar Mtg
450 E. Boundard Street
Chapin, SC 29036
469-549-2000

596460982

## ASSIGNMENT OF LIEN

The State of Ohio
COUNTY OF GREENE

Know all Men by These Presents:

That GMAC MORTGAGE CORPORATION acting herein by and through its duly authorized officers, hereinafter called transferor, of the County of Dallas, State of Texas, for and in consideration of TEN AND NO/100 DOLLARS CASH, AND OTHER VALUABLE CONSIDERATION, to it in hand paid by Nationstar Mortgage LLC , Nationstar Mortgage LLC hereinafter called transferee, the receipt of which is hereby acknowledged, has this day Sold, Conveyed, Transferred, and Assigned and by these presents does Sell, Convey, Transfer, and Assign unto the transferee the hereinafter described indebtedness.

AND Transferor further Grants, Sells, and Conveys unto the Transferee, all rights, title, interest, and liens owned or held by the Transferor in the hereinafter described land by virtue of said indebtedness herein conveyed and assigned.
TO HAVE AND TO HOLD unto the said Transferee, Transferee's successors and assigns the following described indebtedness together with all and singular the following mentioned lien and any and all liens, rights, equities, remedies, privileges, titles, and interest in and to said land, which Transferor has by virtue of being legal holder and owner of said indebtedness.

SAID INDEBTEDNESS, LIENS AND LAND BEING DESCRIBED AS FOLLOWS:

One certain promissory note executed by **NATHAN MILLER and ANN MILLER husband and wife** payable to the order of GMAC MORTGAGE CORPORATION in the sum of **308,313.00** dated **2/28/2006** and bearing interest and due and payable in monthly installments as therein provided.

Said note being secured by Security Instrument of even date therewith duly recorded in the Public Records of **GREENE** County, **Ohio** and secured by the liens therein expressed on the following described lot, tract, or parcel of land lying and being situated in **GREENE** County, **Ohio** to wit:
SEE ATTACHED

Tax ID/PIN: B42000500240009800  Property Address: 1210 HUNT CLUB BEAVERCREEK, OH 45434

| MTG Recorded _____ at _____, Document No. _____ BK _____ PG _____ of GREENE County |
|---|

EXECUTED, without recourse and without warranty on the undersigned this 28th day of April, 2009.

**GMAC MORTGAGE CORPORATION**

WITNESS: **Christine Odom**

WITNESS: **Keith Van Gary**
Assistant Secretary

BY: **Robert Newswanger**
Document Signer

THE STATE OF Texas
COUNTY OF Dallas

    BEFORE ME, the undersigned, a Notary Public in and for the state aforesaid, on this **28th** day of **April, 2009** personally appeared **Robert Newswanger**, **Document Signer** of GMAC MORTGAGE CORPORATION, and known to me to be the person whose name is subscribed to thereforegoing instrument and acknowledged to me that this person executed the same purposes and consideration therein expressed, as the act and deed of said corporation and in the capacity therein stated.

Notary Public In And For
The State Of Texas
County Of Dallas
Printed Name Matthew Barrett
My Commission Expires : 2/12/2011



## Exhibit "A"

Situate in the State of Ohio, County of Montgomery and City of Huber Heights and being Lot Number Ten Thousand Eight Hundred Ninety Two (10892) Herbert C. Huber Plat No. 47 Section 7 as recorded in Plat Book 83, Page 4 of the Plat Records of Montgomery County, Ohio.

Parcel No. P70-12-10-27