UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br><br>    NATHAN LEE MILLER<br>    ANN M MILLER<br><br>                Debtors | CASE NO: 07-32404<br><br>      (Chapter 13)<br><br><br>JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3985966**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 18/ 1,004 | NATIONSTAR MORTGAGE<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TX  75067 | 163.89 |
| 6/#18/ 34 | NATIONSTAR MORTGAGE<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TX  75067 | 19,943.52 |
| 6/18/ 4 | NATIONSTAR MORTGAGE<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TX  75067 | 4,674.63 |

/s/ Jeffrey M. Kellner
_____

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/1/2009

Certificate of Service                    07-32404

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

NATHAN LEE MILLER
ANN M MILLER
1210 HUNT CLUB
DAYTON, OH  45434

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(30.1n)
CHASE AUTO FINANCE AZ1 1191
ATTN DIANE LAUFER
201 N CENTRAL AVE
PHOENIX, AZ  85004

(32.1n)
CITIFINANCIAL
BOX 70919
CHARLOTTE, NC  28272

(24.1n)
HOLLY N WOLF
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(35.1n)
MANLEY DEAS KOCHALSKI LLC
BOX 165028
COLUMBUS, OH  43216

(4.1)
NATIONSTAR MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE, TX  75067

(4.3)
NATIONSTAR MORTGAGE
BOX 829009
DALLAS, TX  75382

(34.1)
NATIONSTAR MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE, TX  75067

(34.3)
NATIONSTAR MORTGAGE
BOX 829009
DALLAS, TX  75382

(1004.1)
NATIONSTAR MORTGAGE
350 HIGHLAND DRIVE
LEWISVILLE, TX  75067

(1004.3)
NATIONSTAR MORTGAGE
BOX 829009
DALLAS, TX  75382

(36.1n)
PRA RECEIVABLES MANAGEMENT LLC
AGENT OF PORTFOLIO RECOVERY
BOX 41067
NORFOLK, VA  23541

Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner _____        cs