UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>  NATHAN LEE MILLER<br>  ANN M MILLER<br>                       Debtors | CASE NO: 07-32404<br>      (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

WITHDRAWAL OF REPORT OF UNCLAIMED FUNDS
(DOCKET NUMBER: 96)

The Chapter 13 Trustee withdraws the REPORT OF UNCLAIMED FUNDS filed on or about DECEMBER 2, 2009. REPORT WAS FILE THROUGH INADVERTENCE AND ERROR. THE PAYMENTS OF $163.89, $19943.52 AND $4674.63 WERE ISSUED AND SENT TO NATIONSTAR MORTGAGE.

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

| | | |
|---|---|---|
| OFFICE OF THE U S TRUSTEE<br>170 NORTH HIGH ST<br>SUITE 200<br>COLUMBUS, OH  43215 | RICHARD E WEST<br>195 E CENTRAL AVE<br>BOX 938<br>SPRINGBORO, OH  45066 | |
| NATHAN LEE MILLER<br>ANN M MILLER<br>1210 HUNT CLUB<br>DAYTON, OH  45434 | (4.1)<br>NATIONSTAR MORTGAGE<br>350 HIGHLAND DRIVE<br>LEWISVILLE, TX  75067 | (4.3)<br>NATIONSTAR MORTGAGE<br>BOX 829009<br>DALLAS, TX  75382 |
| (4.4)<br>HOLLY N WOLF<br>MANLEY DEAS KOCHALSKI LLC<br>BOX 165028<br>COLUMBUS, OH  43216 | (24.1n)<br>HOLLY N WOLF<br>MANLEY DEAS KOCHALSKI LLC<br>BOX 165028<br>COLUMBUS, OH  43216 | (30.1n)<br>CHASE AUTO FINANCE AZ1 1191<br>ATTN DIANE LAUFER<br>201 N CENTRAL AVE<br>PHOENIX, AZ  85004 |
| (32.1n)<br>CITIFINANCIAL<br>BOX 70919<br>CHARLOTTE, NC  28272 | (35.1n)<br>MANLEY DEAS KOCHALSKI LLC<br>BOX 165028<br>COLUMBUS, OH  43216 | (36.1n)<br>PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY<br>BOX 41067<br>NORFOLK, VA  23541 |
| (1008.1n)<br>NATIONSTAR MORTGAGE<br>BOX 829009<br>DALLAS, TX  75382 | | |

Jeffrey M Kellner, Trustee     /S/ Jeffrey M. Kellner_____ cs

0732404_77_20100119_1229_298/T294_cs
###