Response to Notice of Final Cure Payment - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## DAYTON DIVISION

| | | | |
|---|---|---|---|
| **Name of debtor:** | Nathan Lee Miller<br>Ann M Miller | **Case Number:** | 07-32404-LSW |
| | | **Chapter 13** | |
| **Trustee:** | Jeffrey M. Kellner | **Judge:** | Lawrence S. Walter |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 09/28/2012

Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Nationstar Mortgage, LLC | **Last four digits** of any number you use to identify the debtor's account: | xxxxxx0982 |

### 1. Pre-Petition Arrears - Court claim no. (if known): 6  (Docket Entry #114)

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the prepetition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:
- Amount of pre-petition arrears due at filing: _____
- Amount received from the Chapter 13 Trustee _____
- Pre-Petition arrears remaining due: _____

### 2. Post-Petition Amounts

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor as of the date of the Trustee's cure notice.

If Creditor disagrees:
- Post-petition amounts remaining due: _____

### 3. Sign Here

Print Name: Craig Edelman
Title: Authorized Agent for Nationstar Mortgage, LLC
Company: Brice, Vander Linden & Wernick, PC

/s/ Craig Edelman
Signature

Address and telephone number:

10/18/2012
Date

P. O. Box 829009
Dallas, TX 75382-9909

Telephone: (972) 643-6600    Email: NFCinquiries@nbsdefaultservices.com

### CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before October 18, 2012

**Debtor**  *Via U.S. Mail*
Nathan Lee Miller
39 W 440 Overcup Court
Saint Charles, Illinois 60175

Ann M Miller
1210 Hunt Club
Dayton Ohio 45434

**Debtors' Attorney**
Richard E West
Attorney At Law
195 E Central Avenue
PO Box 938
Springboro, OH  45066

**Chapter 13 Trustee**
Jeffrey M. Kellner
131 N Ludlow St, Suite 900
Dayton, Ohio 45402

**US Trustee**
Office of the US Trustee
36 East Seventh Street, Suite 2030
Cincinnati, Ohio  45202

Respectfully Submitted,

/s/ Craig Edelman